# TAYLOR & COHEN LLP

40 Worth Street, 10th Floor
New York, NY 10013
Tel' (646) 527-7377
Fax (646) 439-9983
www.taylorcohenllp.com

March 17, 2020

*By ECF and Fax*

The Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED**

MAR 1 9 2020

The April 7, 2020 conference is adjourned to June 2, 2020 at 10:00 a.m.

*/s/ George B. Daniels*

Re: ***United States v. Eddie Mayo*, 19 CR 176-02 (GBD)**

Dear Judge Daniels:

    I represent Eddie Mayo in the above-referenced matter under the Criminal Justice Act. I am writing to request a six-week adjournment of Mr. Mayo's sentencing, which is currently scheduled for April 7, 2020 at 10 a.m. As the Court is probably aware, Governor Cuomo said today that the coronavirus outbreak in expected to peak in New York State in 45 days. Therefore, from now until the beginning of May, limiting contact with others is necessary to reduce transmission of the virus.

    Mr. Mayo is currently incarcerated. The offense to which he has pled guilty has a five-year mandatory minimum sentence. Accordingly, a six-week delay in sentencing will prejudice neither Mr. Mayo nor the government and will have a public health benefit by limiting the chance that Court personnel, marshals, Mr. Mayo and attorneys will be exposed to the coronavirus. I have discussed this issue with Mr. Mayo, and he supports an adjournment. The U.S. Attorney's Office has no objection to this request.

    Accordingly, I request that the sentencing of Mr. Mayo be adjourned for approximately six weeks until the second half of May 2020.

Respectfully submitted,

/s/
Zachary S. Taylor

cc:    Mollie Bracewell, Esq.
       Jarrod Schaeffer, Esq.
           Assistant United States Attorneys (*by ECF*)