**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

       -against-

EDDIE MAYO,

                      Defendant.
------------------------------------- x

ORDER

19 Cr. 176-2 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 5 2020

GEORGE B. DANIELS, United States District Judge:

The April 7, 2020 conference is adjourned to June 9, 2020 at 10:00 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge