ay-2020  11:38  Fax  16468080966  p.1
Case 1:19-cr-00176-GBD  Document 45  Filed 05/18/20  Page 1 of 1
Case 1:19-cr-00176-GBD  Document 44  Filed 05/18/20  Page 1 of 1

# TAYLOR & COHEN LLP

40 Worth Street, 10th Floor
New York, NY 10013
Tel (646) 527-7377
Fax (646) 439-9983
www.taylorcohenllp.com

May 18, 2020

**SO ORDERED**

The sentencing is adjourned from June 9, 2020 to July 14, 2020 at 10:00 a.m.

HON. GEORGE B. DANIELS

*By ECF and Fax*

The Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**Re: *United States v. Eddie Mayo*, 19 CR 176-02 (GBD)**

Dear Judge Daniels:

I represent Eddie Mayo in the above-referenced matter under the Criminal Justice Act. I am writing to request a one-month adjournment of Mr. Mayo's sentencing, which is currently scheduled for June 9, 2020 at 10 a.m. The government consents to this request.

The reason for the request is the ongoing public health crisis. Additionally, because of an underlying medical issue, Mr. Mayo is vulnerable to becoming seriously ill if he contracts COVID-19. On March 31, 2020, Mr. Mayo was released on bail with the government's consent and is currently under home incarceration.

This is the second request for an adjournment of Mr. Mayo's sentencing date because of the COVID-19 crisis. The original date for sentencing was April 7, 2020. That date was adjourned with the government's consent. The pandemic is, obviously, an ongoing crisis, and it is unknown at this time when the serious risk that COVID-19 presents to Mr. Mayo's health will subside. Accordingly, counsel may seek a further adjournment if sentencing Mr. Mayo in July would endanger his health. For its part, the government has informed counsel that, where appropriate, it will consent to month-by-month adjournments and continue to monitor the situation.

Accordingly, I respectfully request with the government's consent a one-month adjournment of Mr. Mayo's sentence to a date in July 2020.

Thank you for your attention to this matter.

Respectfully submitted,

/s/_____
Zachary S. Taylor

cc:    Mollie Bracewell, Esq.
       Jarrod Schaeffer, Esq.
            Assistant United States Attorneys (*by ECF*)