

# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

May 12, 2021

*By ECF and Fax*

The Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: MAY 12 2021

**Re: *United States v. Eddie Mayo*, 19 CR 176-02 (GBD) – Request to Temporarily Modify Conditions of Bail**

Your Honor:

    I represent Eddie Mayo in the above-referenced matter under the Criminal Justice Act. I am writing to request a temporary modification of the conditions of Mr. Mayo's bail to permit him to attend the funeral and family repast for his mother, Roseann, who passed away on Monday. Pretrial services and the government consent to this request.

    Mr. Mayo is currently released on bail with conditions including home incarceration with electronic monitoring. He has been fully compliant with the conditions of his release since March 31, 2020.

    The funeral service will take place on May 17, 2021 at noon at the Hughes Funeral Home in Trenton, NJ. The family repast will take place the following afternoon and evening at the same location. Accordingly, we respectfully request a modification of Mr. Mayo's conditions of bail to allow him to depart from his home in Brooklyn on the morning of May 17, 2021 and travel with his family to the funeral service in Trenton, NJ and return home that evening. Additionally, we request permission for Mr. Mayo to depart from his home in Brooklyn at approximately 11:00 am on May 18, 2021 for the family repast in Trenton, NJ and to return home that night before 11:00 pm.

    Thank you for your attention to this matter.

Respectfully submitted,

/s/
Zachary S. Taylor

cc:    Mollie Bracewell, Esq.
        Jarrod Schaeffer, Esq.
            Assistant United States Attorneys (*by ECF*)