

# TAYLOR & COHEN LLP

305 Broadway, 7th Floor
New York, NY 10007
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

May 26, 2021

*By ECF and Fax*

The Honorable George B. Daniels
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

SO ORDERED

The sentencing is adjourned from June 8, 2021 to July 20, 2021 at 10:00 a.m.

*[signature]* George B. Daniels
HON. GEORGE B. DANIELS

MAY 27 2021

**Re: *United States v. Eddie Mayo*, 19 CR 176-02 (GBD) – Request to Adjourn Sentencing**

Your Honor:

I represent Eddie Mayo in the above-referenced matter under the Criminal Justice Act. I am writing to request a 30-day adjournment of Mr. Mayo's sentencing, which is currently scheduled for June 8, 2021 at 10:00 a.m, to a date after July 4, 2021. The government consents to this request.

Mr. Mayo wishes to be sentenced in this case in person. He received his first vaccination dose on May 23, and his second dose is scheduled for June 20, 2021. Thus, he will be fully vaccinated on July 4, 2021. Because Mr. Mayo is vulnerable to COVID-19, we believe that allowing him time to be fully vaccinated will ensure his safety at an in-person appearance for sentencing. The government has informed me that it will be available for an in-person sentencing on a date of the Court's choosing.

Respectfully submitted,

/s/
Zachary S. Taylor

cc: Mollie Bracewell, Esq.
Jarrod Schaeffer, Esq.
 Assistant United States Attorneys (*by ECF*)